**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Basilea Mena, | No. CV-17-00368-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Robert Massie, | |
| Defendant. | |

On April 30, 2020, the Ninth Circuit Court of Appeals issued the Mandate affirming this Court's denial of Defendant Massie's Motion for Summary Judgment.

**Accordingly,**

**IT IS ORDERED** returning this case to the Court's active docket to be set for trial.

**IT IS FURTHER ORDERED** that within 30 days of the filing date of this Order, the parties shall file the Joint Pretrial Order.

Dated this 7th day of May, 2020.

Honorable David C. Bury
United States District Judge