**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Basilea Mena, | No. CV-17-00368-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Robert Massie, | |
| Defendant. | |

Pending before the Court is Defendant's Motion to Appear Telephonically at Pretrial Conference Set for October 19, 2020, at 11:00 a.m., and good cause appearing,

**According,**

**IT IS ORDERED** that Defendant's Motion to Appear Telephonically (Doc. 53) is GRANTED.

**IT IS FURTHER ORDERED** that Counsel for Defendant shall call 1-888-363-4735 at the exact time of the hearing and enter access code 3793769.

Dated this 14th day of October, 2020.

David C. Bury
United States District Judge