**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Basilea Mena,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Robert Massie,<br><br>　　　　　Defendant. | No. CV-17-00368-TUC-DCB<br><br>**ORDER** |

　　　　This case is ready for trial. The pretrial conference, which was set for August 16, 2021, was vacated on July 30, 2021, due to COVID-19 General Order 21-17, superseded by General Order 21-18. Courtroom proceedings having now resumed, but this Court has very limited trial availability. Therefore, the Court shall transfer the case to another Judge for trial.

　　　　The Court contacted the parties and informed them of the availability of a magistrate judge to try the case by consent, which must be voluntarily given by all parties and without any adverse substantive consequences from withholding such consent. The parties informed the Court that they consent to proceed to trial before a Magistrate Judge pursuant to Fed. R. Civ. P.73(a) and 28 U.S.C. § 636(c)(1). The case shall be transferred to the Honorable Magistrate Judge Lynnette C. Kimmins for trial. Rule 73(a); 28 U.S.C. § 636(c)(1). She is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals

for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

**Accordingly,**

**IT IS ORDERED** that within 7 days of the filing date of this Order, the parties shall memorialize their voluntary consent in accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

**IT IS ORDERED** that that this case is assigned to the Honorable Magistrate Judge Lynnette Kimmins, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73, and the foregoing consent of the parties. All further documents filed with the court are to carry the following case number: CV 17-368 TUC LCK.

Dated this 7th day of February, 2022.

_____
Honorable David C. Bury
United States District Judge